BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CV-00177-AWI-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE FRCP RULE 16(b) SCHEDULING ORDER DATES AND ORDER** |
| v. | ) |
| APPROXIMATELY $188,900.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Nohemi Villareal Noriega, and her counsel of record, as follows:

On September 20, 2011, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

The parties now jointly agree that to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately ninety (90) days;

The parties hereby adopt the aforementioned recitals, and hereby stipulate that the discovery and disclosure dates set forth in the parties' Joint Scheduling Report and in the Court's September 28, 2011 Scheduling Order (Doc. 37) should be changed to the following

dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
|---|---|---|
| Non-Expert Discovery | February 15, 2012 | May 15, 2012 |
| Expert Disclosure | February 29, 2012 | May 29, 2012 |
| Supplemental Expert | March 14, 2012 | June 12, 2012 |
| Expert Discovery | March 28, 2012 | June 26, 2012 |
| Non-Dispositive Filing | May 2, 2012 | July 31, 2012 |
| Dispositive Filing Deadline | June 4, 2012 | September 2, 2012 |

Respectfully submitted,

DATED: January 13, 2012                BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ Heather Mardel Jones
                                       HEATHER MARDEL JONES
                                       Assistant United States Attorney



DATED: January 13, 2012                 /s/ Jakrun S. Sodhi
                                       JAKRUN S. SODHI
                                       Attorney for Claimant
                                       Nohemi Villareal Noriega


## ORDER

All dates currently set forth in the Court's September 28, 2011, Scheduling Order (Doc. 37) shall be rescheduled to those dates stipulated to by the parties, as set forth above.

IT IS SO ORDERED.

Dated:  **January 18, 2012**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28