BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $188,900.00 IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | 1:10-CV-00177-AWI-GSA<br><br>**STIPULATION TO STAY CASE AND TO VACATE SCHEDULING ORDER DATES; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the United States of America, claimant Nohemi Villareal Noriega, and her counsel of record, as follows:

1.  Nohemi Villareal Noriega is presently facing federal criminal charges in the Eastern District of California, *United States v. Nohemi Villareal Noriega*, 1:12-CR-00009-LJO-DLB, related to transactions or events which also form the basis for this civil forfeiture action.

2.  The parties recognize that proceeding with this action has potential adverse effects on the prosecution of the related criminal case and/or upon Nohemi Villareal Noriega's right against self-incrimination in the related federal criminal case.

3.  Publication of the civil forfeiture action has completed and to date only Nohemi Villareal Noriega has filed a claim and answer in this action.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Nohemi Villareal Noriega in the Eastern District of California;

2. All scheduling dates set forth in the Scheduling Order issued by the Court on September 28, 2011 (Doc. #37) and the following Stipulation to Continue FRCP Rule 16(b) Scheduling Order Dates and Order issued by the Court on January 18, 2012 (Doc. #39) be vacated; and,

3. The parties are to promptly notify the Court when the criminal case resolves.

Respectfully submitted,

DATED: April 5, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Heather Mardel Jones
                              HEATHER MARDEL JONES
                              Assistant United States Attorney


DATED: April 5, 2012          /s/ Jakrun S. Sodhi
                              JAKRUN S. SODHI
                              Attorney for Claimant
                              Nohemi Villareal Noriega
                              (Original signature retained by attorney)

## ORDER

Good cause showing as set forth above, this case is stayed. A Scheduling Conference shall issue once the Court has been advised that the criminal matter has been resolved.

IT IS SO ORDERED.

Dated:  **April 6, 2012**                    /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE